United States District Court
Southern District of Texas
FILED

AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

MAR 17 2018

**SOUTHERN**          DISTRICT OF          **TEXAS**
McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

Maria Eugenia Saucedo-Perez          *Principal*

YOB:     1975     Mexico

Case Number:
M-18-05 65-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about     **March 16, 2018**     in     **Hidalgo**     County, in

the          Southern          District of          Texas          defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Liliana Lopez-Cesario and Luz Liliana Ramirez-Gomez, citizens of Mexico, along with eleven (11) other undocumented aliens, for a total of thirteen (13), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit: in a residence located near Donna, Texas,

in violation of Title     **8**     United States Code, Section(s)     **1324(a)(1)(A)(iii)     FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On March 15, 2018, Border Patrol Agents received information from San Diego Border Patrol Sector regarding a suspected smuggler, identified as Maria Eugenia SAUCEDO-Perez, a citizen of Mexico. Information received was that SAUCEDO was harboring illegal aliens at a residence in Donna, Texas.**

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on March 17, 2018.

Continued on the attached sheet and made a part of this complaint:     [X]Yes     [ ]No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

*/S/ Salvador Mendez*
Signature of Complainant

Salvador Mendez          Senior Patrol Agent
Printed Name of Complainant

Sworn to before me

3:38 p.m.

March 17, 2018
Date

at     McAllen, Texas
City and State

Peter. E. Ormsby          , U. S. Magistrate Judge
Name and Title of Judicial Officer

*Pete E Ormsby*
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-18-0565-M

RE:     **Maria Eugenia Saucedo-Perez**

**CONTINUATION:**

On March 16, 2018, an agent proceeded to the residence and observed a wood frame house and several mobile homes on the same property. As the agent was parking in front of the house, in an attempt to knock on the door to speak with a resident, he observed a male subject walking towards him from the back of the house. The male subject approached the agent and the agent identified himself as a Border Patrol Agent. During conversation, the male subject later freely admitted to being illegally present in the United States. Moments later, the agent observed an additional male subject opening the door to a mobile home and observed several subjects sitting down on the floor. The agent proceeded to walk towards the male subject who opened the door, and identified himself as a Border Patrol Agent. The agent asked the male subject if he lived there at the mobile home, to which the male subject stated "No", that he was just an illegal alien trying to get to Houston, Texas. As the agent was talking to the male subject, he observed several subjects inside the mobile home sitting down on the kitchen floor and a female trying to hide under a mattress.

The agent conducted an immigration inspection on all subjects from the door way, and all subjects were determined to be illegally present in the United States. The subjects voluntarily exited the mobile home and were placed under arrest.

Moments later, a female subject, later identified as Maria Eugenia SAUCEDO-Perez a citizen of Mexico, exited the wood frame house. Agents approached SAUCEDO and asked if she lived at the house, to which SAUCEDO stated "yes". SAUCEDO was questioned as to her involvement in alien smuggling, to which SAUCEDO stated she was not involved in alien smuggling. SAUCEDO was read her Miranda Rights and she stated she understood her rights. SAUCEDO gave agents written and verbal consent to search her house. Agents made entry and apprehended three female subjects determined to be illegally present in the United States.

All subject were placed under arrest and transported to the Border Patrol Station for processing.

### *PRINCIPAL STATEMENT*
Maria Eugenia SAUCEDO-Perez, a citizen of Mexico, was read her Miranda Rights and agreed to provide a statement.

SAUCEDO stated she has been living at her residence for eleven years. SAUCEDO stated she only knew about the three females staying at the trailer house and did not know more individuals were staying there. SAUCEDO stated she offered the three females $20 (USD) to help her around her house and did not know they were illegal aliens.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-18- *0565* -M

RE:    **Maria Eugenia Saucedo-Perez**

**CONTINUATION:**

### *MATERIAL WITNESS 1*
Liliana LOPEZ-Cesario, a citizen of Mexico, was read her Miranda Rights and agreed to provide a statement.

LOPEZ stated she made her smuggling arrangements and was to pay $1000 (USD) to be smuggled into the United States. Once in the United States, LOPEZ claimed she was transported to the house where she was later arrested in. LOPEZ stated that when she arrived to the house, a woman was there to receive her. LOPEZ indicated that the woman instructed her to cook food for the subjects at the other house.

LOPEZ identified SAUCEDO through a photo lineup as the person who received her when she arrived to the house and as the person who instructed her to cook.

### *MATERIAL WITNESS 2*
Luz Liliana RAMIREZ-Gomez, a citizen of Mexico, was read her Miranda Rights and agreed to provide a statement.

RAMIREZ stated she made her smuggling arrangements and was to pay $5,500 (USD) to be smuggled into the United States. Once in the United States, RAMIREZ stated she was transported to the house where she was later arrested in. RAMIREZ claimed that when she arrived to the house, a woman was there to receive her. RAMIREZ indicated that the woman would take her and several other individuals food and water to the trailer house she was staying in. RAMIREZ stated the woman instructed her to not make too much noise or commotion. RAMIREZ claimed the woman instructed her to cook food for the subjects at the trailer house.

RAMIREZ identified SAUCEDO through a photo lineup as the person who received her when she arrived to the house and as the person who instructed her to cook.